# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MICHAEL TEEL, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 18-2287 (BRM) |
| ENERGY TRANSFER PARTNERS, LP, | : | |
| Defendant, | : | **ORDER** |

It appearing that proceedings in the above entitled matter are subject to binding arbitration between parties,

**IT IS** on this 1st day of February, 2019,

**ORDERED** that the Clerk administratively terminate the action without prejudice to the right of the parties to reopen the proceedings for good cause shown or for any other purpose required to obtain a final determination of the litigation.

                                                           /s/Brian R. Martinotti  
                                                            Brian R. Martinotti  
                                                          United States District Judge